UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Norberto Medina-Rodriguez. <br><br> Plaintiff <br><br> v. <br><br> Panaderia Rica Dona, Inc. <br><br> Defendant | CIVIL ACTION <br><br> 3:16-cv-02581-CCC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action **WITH PREJUDICE** as to **ALL DEFENDANTS** in this case.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) Voluntary Dismissal.
> (1) By the Plaintiff.
> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66
> and any applicable federal statute, the plaintiff may dismiss an action
> without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment
> ***

Defendant have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed **WITH PREJUDICE** and without an Order of the Court.

In San Juan, Puerto Rico, this 13th day of July 2016

1

Respectfully submitted,

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR NO.: 231014**
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960-2013

TEL: (787) 599-9003

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 13th day of January 2017.

    Respectfully submitted,

    **/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
    **USDC-PR No.: 231014**
    jcvelezcolon@gmail.com

    PO BOX 2013
    BAYAMON, PR 00960-2013

    TEL: (787) 599-9003