IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA-RODRIGUEZ<br>Plaintiff<br>vs<br>PANADERIA RICA DONA, INC.<br>Defendant | CIVIL 16-2581CCC |

## JUDGMENT

Having considered plaintiff's Notice of Voluntary Dismissal with Prejudice (**d.e. 12**), which is NOTED, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 31, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge